UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREI STREJAC,

    Plaintiff,

    v.

YOUTHCARE d/b/a ISIS HOUSE, *et al.*,

    Defendants.

Case No. C09-0498RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On August 25, 2009, plaintiff filed a motion for reconsideration that, taken as a whole, exceeded 50 pages in length. (Dkt. #42). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with Local Rule 10(e)(8) and two prior orders of this Court (Dkt. ## 28, 35), all of which require courtesy copies of lengthy filings for chambers. Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy

ORDER TO SHOW CAUSE- 1

of Electronic Filing for Chambers," to the Clerk's Office.  Plaintiff shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 31st day of August, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE- 2